**E-FILED 12/20/2011**
**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ronald Poulson, et al.* | CASE NO. CV 11-3713-GHK (DTBx) |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| *Bank of America, National Association, et al.,* | |
| **Defendant.** | |

Pursuant to the Court's December 20, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiffs' RICO claim is **DISMISSED with prejudice**, and the remaining state law claims are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: December 20, 2011

_____
GEORGE H. KING
United States District Judge